# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MAX E. LEMON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  07-CV-2009-KHV/DJW |
| | ) |
| UNION PACIFIC RAILROAD COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Max E. Lemon Jr., and Defendant Union Pacific Railroad Company, by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41, and hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant Union Pacific Railroad Company, with each party to bears its own costs.

Respectfully submitted,

| | |
|---|---|
| **THE BARNES LAW FIRM, L.L.C.** | **YERETSKY & MAHER, L.L.C.** |
| By:  /s/ Kenneth E. Barnes | By:   /s/ Gregory F. Maher |
| Mr. Kenneth E. Barnes    KS# 19381 | Gregory F. Maher         KS#11061 |
| 1100 Main Street, Suite 2600 | James M. Yeretsky        KS#12355 |
| Kansas City, MO  64105 | Christopher C. Confer    KS#21419 |
| Telephone: (816) 876-2600 | Southcreek Office Park |
| Facsimile: (816) 221-8763 | 7200 West 132nd Street, Suite 330 |
| **ATTORNEYS FOR PLAINTIFF** | Overland Park, Kansas 66213 |
| | Telephone: (913) 897-5813 |
| | Facsimile:  (913) 897-6468 |
| | **ATTORNEYS FOR DEFENDANT** |
| | **UNION PACIFIC RAILROAD COMPANY** |

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which, sent notification of such filing to the following:

Mr. Kenneth E. Barnes
The Barnes Law Firm, LLC
1100 Main Street, Suite 2600
Kansas City, MO  64105
**ATTORNEYS FOR PLAINTIFF**

          /s/ Gregory F. Maher
      Gregory F. Maher

S:\548\pldgs\stipulation of dismissal with prejudice.doc